FILED
11/12/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JEREMIAH RICHARDSON, <br><br> Plaintiff, <br><br> vs. <br><br> SHAWN L. LESNICK, and MUSSELSHELL COUNTY SHERRIF'S OFFICE, <br><br> Defendants. | CV 19-122-BLG-SPW-TJC <br><br> **ORDER** |

On November 8, 2019, this action was removed from Montana Fourteenth District Court, Musselshell County. (Doc. 1.) It does not appear that Plaintiff's counsel, Alexander Roth, is admitted as a member of the bar of the Court. As such, Mr. Roth is not authorized to appear on behalf of Plaintiff in this action, and will not receive notices of electronic filing.

Accordingly, IT IS HEREBY ORDERED that Mr. Roth shall apply for admission to practice before this Court in accordance with Local Rule 83.1 by **November 22, 2019**. If Mr. Roth does not seek or obtain admission to this Court, he shall immediately advise Plaintiff that Plaintiff will be obligated to retain new counsel or appear *pro se*.

IT IS FURTHER ORDERED that the Clerk shall mail a copy of this order to Mr. Roth at:

Alexander Roth
Roth Law Office
2722 3rd Avenue North, Suite 400
Billings, MT 59101

**IT IS ORDERED**.

DATED this 12th day of November, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge