UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JEREMIAH RICHARDSON,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>SHAWN L. LESNICK,<br>MUSSELSHELL COUNTY<br>SHERIFF'S OFFICE,<br><br>　　　　　　　　Defendant. | Case No. CV-19-122-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　**JUDGMENT IN FAVOR OF DEFENDANTS against PLAINTIFF.**
*(See order adopting Magistrate's findings and recommendations, docket entry 22)*

　　　Dated this 10th day of August, 2020.

　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　By: /s/ A. Carrillo
　　　　　　　　　　　　　A. Carrillo, Deputy Clerk